■ In the Matter of the Estate of JANE M. RENARD, Deceased. PHILIP J. RENARD, Appellant; ARTHUR DEAN et al., Respondents.—Order, Surrogate's Court, New York County, entered on May 7, 1979, unanimously affirmed for the reasons stated by Midonick, S. Respondents shall recover of appellant

$75 costs and disbursements of this appeal. Concur—Sullivan, J. P., Bloom, Markewich and Ross, JJ. [100 Misc 2d 347.]